# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ELIZABETH LEASING, LLC, | |
| Plaintiff, | |
| vs. | 2:20-cv-00191-GMN-VCF |
| UNITED STATES CUSTOMS AND BORDER PROTECTION, | **ORDER** |
| Defendant. | |

Before the Court is the United States Customs and Border Protection's Unopposed Motion to Toll Civil and Statutory Deadlines (ECF No. 7).

Accordingly,

IT IS HEREBY ORDERED that any opposition to the United States Customs and Border Protection's Unopposed Motion to Toll Civil and Statutory Deadlines (ECF No. 7) must be filed on or before April 6, 2020.

DATED this 30th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE