NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
JAMES A. BLUM
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
james.blum@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ELIZABETH LEASING, LLC, a Colorado Limited Liability Company, Plaintiff, v. UNITED STATES CUSTOMS AND BORDER PROTECTION, Defendant/Respondent. | 2:20-CV-191-GMN-VCF<br><br>**United States Customs and Border Protection's Unopposed Motion to Toll Civil and Statutory Deadlines**<br><br>**(First Request)** |

This is the First Unopposed Motion to Toll Civil and Statutory Deadlines. The United States Customs and Border Protection (CBP), with the consent of Plaintiff Elizabeth Leasing, LLC, respectfully requests that this Court toll any and all party filing deadlines and court statutory decision deadlines for sixty days from the date of this Motion's filing.

This Motion is made pursuant to Local Rule LR IA 6-1, Fed. R. Civ. P. 6(b)(1) and 12(a)(2), and 18 U.S.C. § 983(f)(5). The grounds for this Motion are: (1) Plaintiff has initiated a civil action against CBP for interest, costs, and attorney's fees related to a currency seizure that took place in Las Vegas, Nevada in November 2018; (2) the parties are currently engaged in settlement negotiations; (3) although the parties disagree about whether the current controlling deadline is for CBP to file a civil answer or for the Court to render a decision on Plaintiff's civil action, they agree that there is a reasonable likelihood that this matter will be resolved without further litigation; and (4) tolling any and all party

filing deadlines and court statutory decision deadlines for sixty days stands to save the parties and this Court substantial time and resources. The current deadline for CBP to file a civil answer, if that is the controlling deadline, is March 27, 2020.

DATED this 26th day of March 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ James A. Blum
JAMES A. BLUM
Assistant United States Attorney

## MEMORANDUM OF POINTS AND AUTHORITIES

In November 2018, CBP seized $72,000.00 in United States currency from Dana Gignac, an employee of Plaintiff. The United States Attorney's Office declined to pursue a civil action for forfeiture in rem of the $72,000 and returned the property to Plaintiff. In January 2020, Plaintiff filed a civil action for the payment of interest, costs, and attorney's fees. Since that time, the parties have been engaged in settlement negotiations.

As part of the parties' negotiations, they have discussed whether the current controlling deadline is the date for CBP to file a civil answer (calculated as March 27, 2020) or for the Court to render a decision on Plaintiff's civil action. The parties do not agree on which is the current controlling deadline. However, the parties agree that it is not currently necessary to resolve that disagreement and that, in either case, halting the litigation for sixty days will facilitate ongoing settlement negotiations.

CBP submits that good cause exists for this Court to toll any and all party filing deadlines and court statutory decision deadlines for sixty days because (1) the parties believe that a sixty-day period will allow them to conclude their settlement negotiations; and (2) allowing the parties to attempt to settle this matter without further litigation stands to save the parties and this Court substantial time and resources. Counsel for CBP (Assistant United States Attorney James A. Blum) and counsel for Plaintiff (Christopher B.

Phillips, on behalf of The Wright Law Group) have discussed this matter, and the parties agree to the proposed tolling of any and all deadlines for sixty days.

This Motion is not submitted solely for the purpose of delay or for any other improper purpose.

WHEREFORE, CBP respectfully requests that this unopposed Motion be granted and that any and all deadlines be tolled for sixty days from the date of this filing.

DATED this 26th day of March 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ James A. Blum
JAMES A. BLUM
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4-7-2020